240 So.2d 236

**STATE of Louisiana**

v.

**Terry Lamar JENKINS.**

No. 50927.

Oct. 23, 1970.

Writs refused. Determination of indigency at this stage of the proceedings is premature. This is not to be construed as approval of the trial court's previous determination of non-indigency based alone on the income and property of defendant's mother.

240 So.2d 236

**CITY OF BATON ROUGE**

v.

**Eddie WATSON.**

No. 50928.

Oct. 23, 1970.

Writs refused. The applicant's remedy, if any, is by an appeal.